# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THOMAS MCCARTHY,**

    **Plaintiff,**

**vs.**            **CASE NO. 1:07CV196-SPM/AK**

**SUWANNEE COUNTY GOVERNMENT,,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is The Parties' Joint Motion for Extension of the Discovery and Dispositive Deadline. (Doc. 19). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the discovery deadline extended to **May 23, 2008**, and the dispositive motion deadline extended to **June 10, 2008.**

**DONE AND ORDERED** this   *31st*   day of March, 2008.


                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**