IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS MCCARTHY,
on behalf of himself and
other employees similarly situated,

    Plaintiff,

vs.
                                          Case No.: 1:07-CV-196-SPM/AK

SUWANNEE COUNTY
GOVERNMENT,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 21) filed by Plaintiff. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby dismissed.

2. The Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>twenty-seventh</u> day of June, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge